1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MICHAEL TAYLOR

7

8

9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,     ) No. 2:10-cr-432 GEB
                                 )
14           Plaintiff,          ) **STIPULATION AND ORDER**
                                 ) **CONTINUING STATUS CONFERENCE**
15      v.                       ) **AND EXCLUDING TIME**
                                 )
16 MICHAEL TAYLOR,               )
                                 ) Date: November 4, 2011
17           Defendant.          ) Time: 9:00 a.m.
                                 ) Judge: Garland E. Burrell, Jr.
18 _____)

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, MICHAEL TAYLOR, through their respective
22 attorneys, that the status conference presently scheduled for November 4,
23 2011, may be continued to December 9, 2011, at 9:00 a.m.
24      The Federal Defender substituted into the case and has requested
25 additional discovery, and ordered some investigation. Additionally, I
26 recently returned from extended medical leave. Accordingly, the parties
27 stipulate and agree that the interests of justice served by granting this
28

continuance therefore outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: November 3, 2011 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for MICHAEL TAYLOR


BENJAMIN B. WAGNER
United States Attorney

Dated: November 3, 2011 /s/ T. Zindel for M. Beckwith
MICHAEL BECKWITH
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to December 9, 2011, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through December 9, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 3, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order -2-