1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   MICHAEL TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-432 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| MICHAEL TAYLOR, | ) |
| | ) Date: December 9, 2011 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, MICHAEL TAYLOR, through their respective attorneys, that the status conference presently scheduled for December 9, 2011, may be continued to January 13, 2012, at 9:00 a.m.

Defense counsel needs additional time to review with Mr. Taylor the draft plea agreement.

Accordingly, the parties stipulate and agree that the interests of justice served by granting this continuance therefore outweigh the best

interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv).

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: December 8, 2011        /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for MICHAEL TAYLOR


                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: December 8, 2011        /s/ T. Zindel for M. Beckwith
                                      MICHAEL BECKWITH
                                      Assistant U.S. Attorney

## **O R D E R**

    The status conference is continued to January 13, 2012, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through January 13, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated: December 8, 2011

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge