1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   MICHAEL TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-432 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| MICHAEL TAYLOR, | ) |
|  | ) Date: January 13, 2012 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, MICHAEL TAYLOR, through their respective attorneys, that the status conference presently scheduled for January 13, 2012, may be continued to February 17, 2012, at 9:00 a.m.

The parties seek additional time to complete an appraisal of the real property that is the subject of a forfeiture claim. The current value of the property may affect the parties' resolution of the case.

Accordingly, the parties stipulate and agree that the interests of justice served by granting this continuance therefore outweigh the best

interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv).

        Respectfully submitted,

        DANIEL J. BRODERICK
        Federal Defender

Dated: January 10, 2012       /s/ T. Zindel
        TIMOTHY ZINDEL
        Assistant Federal Defender
        Attorney for MICHAEL TAYLOR


        BENJAMIN B. WAGNER
        United States Attorney

Dated: January 10, 2012       /s/ T. Zindel for M. Beckwith
        MICHAEL BECKWITH
        Assistant U.S. Attorney

# **O R D E R**

The status conference is continued to February 17, 2012, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through February 17, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: January 10, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order         -2-