1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MICHAEL TAYLOR

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        ) No. 2:10-cr-432 GEB
                                    )
14              Plaintiff,           ) **STIPULATION AND ORDER**
                                    ) **CONTINUING STATUS CONFERENCE**
15     v.                            ) **AND EXCLUDING TIME**
                                    )
16 MICHAEL TAYLOR,                   )
                                    ) Date:  February 17, 2012
17              Defendant.           ) Time:  9:00 a.m.
                                    ) Judge: Garland E. Burrell, Jr.
18 _____  )

19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, MICHAEL TAYLOR, through their respective
22 attorneys, that the status conference presently scheduled for February
23 17, 2012, may be continued to March 2, 2012, at 9:00 a.m.
24     Defense requests a continuance so that the parties can consider the
25 effect on possible resolutions of a real property appraisal obtained this
26 week.
27     Accordingly, the parties stipulate and agree that the interests of
28 justice served by granting this continuance therefore outweigh the best

interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv).

                Respectfully submitted,

                DANIEL J. BRODERICK
                Federal Defender

Dated: February 15, 2012    /s/ T. Zindel
                TIMOTHY ZINDEL
                Assistant Federal Defender
                Attorney for MICHAEL TAYLOR

                BENJAMIN B. WAGNER
                United States Attorney

Dated: February 15, 2012    /s/ T. Zindel for M. Beckwith
                MICHAEL BECKWITH
                Assistant U.S. Attorney

**O R D E R**

The status conference is continued to March 2, 2012, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through March 2, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: February 16, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order       -2-