1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5

6 Attorney for Defendant
MICHAEL TAYLOR

7

8

9 IN THE UNITED STATES DISTRICT COURT

10 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,   ) No. 2:10-cr-432 GEB
   )
14            Plaintiff,       ) **STIPULATION AND ORDER**
   ) **CONTINUING STATUS CONFERENCE**
15      v.                     ) **AND EXCLUDING TIME**
   )
16 MICHAEL TAYLOR,             )
   ) Date: March 2, 2012
17            Defendant.       ) Time: 9:00 a.m.
   ) Judge: Garland E. Burrell, Jr.
18 _____ )

19

20

21     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
22 of America, and defendant, MICHAEL TAYLOR, through their respective
23 attorneys, that the status conference presently scheduled for March 2,
24 2012, may be continued to March 9, 2012, at 9:00 a.m.  The matter may be
25 calendared that day for change of plea.
26     The parties have reached a plea agreement but need a few days to put
27 the agreement in writing and to review it.  Accordingly, the partiesagree
28 that the interests of justice served by granting this continuance

outweigh the best interests of the public and the defendant in a speedy trial, and ask the Court to exclude time through March 9, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated: March 1, 2012              /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for MICHAEL TAYLOR

                                          BENJAMIN B. WAGNER
                                          United States Attorney

Dated: March 1, 2012              /s/ T. Zindel for M. Beckwith
                                          MICHAEL BECKWITH
                                          Assistant U.S. Attorney

## O R D E R

    The status conference is continued to March 9, 2012, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through March 9, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated: March 1, 2012

                                          GARLAND E. BURRELL, JR.
                                          United States District Judge