1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CR-432 GEB |
| Plaintiff, | **STIPULATION AND ORDER REGARDING RELEASE AND FORFEITURE** |
| v. | |
| MICHAEL TAYLOR, | |
| Defendant. | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, MICHAEL TAYLOR, through their respective attorneys, as follows.

1. In his plea agreement, Mr. Taylor agreed to forfeit to the United States a substitute *res* of $60,000, in lieu of forfeiture of his real property. The plea agreement required the sum to be paid seven days prior to sentencing. On September 11, 2012, Mr. Taylor paid $30,000 by cashier's check. That check is being held by the U.S. Marshals Service pending entry of the Final Order of Forfeiture after

1 | sentencing.

2 |     2.   The parties agreed that the remaining $30,000 could be paid
using the $30,000 cash that Mr. Taylor posted to secure his pretrial release. Mr. Taylor was ordered released on November 5, 2010, on a $100,000 secured bond, of which $70,000 was to be secured by real property and $30,000 by cash. Mr. Taylor posted the cash bond on November 8, 2010.

    3.   The parties agree that the $30,000 cash bond securing Mr. Taylor's pretrial release may be exonerated and that the Clerk of the Court may transfer the $30,000 cash posted to secure Mr. Taylor's release to the U.S. Marshals Service for forfeiture purposes to satisfy in full Mr. Taylor's agreement to forfeit a sub *res* in the amount of $60,000 in lieu of real property located at 10348 Cedarsong Road, Nevada City, California. The parties recognize that this agreement leaves the $70,000 property bond in place until the remaining bond is exonerated after sentencing. In other words, under this agreement, the bond is to be reduced from $100,000 to $70,000 in order to release the cash security. Mr. Taylor has been on pretrial release for nearly two years with no violations.

    4.   Upon receipt by the U.S. Marshals Service of the $30,000 from the Clerk of the Court, the United States agrees to record a Notice of Withdrawal of Lis Pendens for the real property at 10348 Cedarsong Road, Nevada City, California, APN: 04-420-66. The Lis Pendens was

///
///
///
///
///

1 recorded solely because of the pending forfeiture. The property
2 portion of the release bond is secured by different real property.

              Respectfully submitted,

              DANIEL J. BRODERICK
              Federal Defender

Dated: October 23, 2012    /s/ T. Zindel
              TIMOTHY ZINDEL
              Assistant Federal Defender
              Attorney for MICHAEL TAYLOR

              BENJAMIN B. WAGNER
              United States Attorney

Dated: October 23, 2012    /s/ M. Beckwith
              MICHAEL BECKWITH
              Assistant U.S. Attorney

## O R D E R

The $100,000 bond securing Mr. Taylor's release is hereby reduced to a $70,000 bond, secured by the real property already posted in this case. The $30,000 cash portion of the previous bond is hereby exonerated. The Clerk of the Court shall transfer the $30,000 to the U.S. Marshals Service for forfeiture purposes to satisfy in full Mr. Taylor's agreement to forfeit a sub *res* in the amount of $60,000 in lieu of real property located at 10348 Cedarsong Road, Nevada City, California.

  IT IS SO ORDERED.

DATED: October 29, 2012.

              _/s/ Dale A. Drozd_
              DALE A. DROZD
dad1.crim
taylor0432.stipord        UNITED STATES MAGISTRATE JUDGE

Stip & Order              -3-