DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL JAMES TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-CR-0432 GEB |
| Plaintiff, | ) | |
| v. | ) | **ORDER** ~~**(PROPOSED)**~~ **EXONERATING BOND** |
| MICHAEL JAMES TAYLOR, | ) | |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

On November 2, 2012, the Court sentenced Mr. Taylor to time served and granted defendant's oral request to exonerate bond.

Accordingly, bond in the above case is hereby exonerated. The Clerk of the Court shall reconvey to the surety the real property used to secure defendant's release.

IT IS SO ORDERED.


Dated: 5/20/13

GARLAND E. BURRELL, JR.
Senior United States District Judge